UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ZARA NORTHOVER,    Case No. 4:24-cv-11265
                  Hon. Shalina D. Kumar
      Plaintiff,    Mag. Kimberly G. Altman

vs.

ROCKET MORTGAGE, LLC,
f/k/a QUICKEN LOANS, LLC,

      Defendant.
_____/

## DEFENDANT, ROCKET MORTGAGE, LLC'S, WITNESS LIST

Defendant, Rocket Mortgage, LLC, through its respective counsel, hereby identifies the following witnesses that it may call at trial:

1. Zara Northover – May be contacted through Plaintiff's counsel.
2. Paul Dingman – May be contacted through Defendant's counsel.
3. Michael Saleh – Current contact information unknown.
4. Austin Niemiec – May be contacted through Defendant's counsel.
5. Jason Pace – May be contacted through Defendant's counsel.
6. Jenny Lam-Mihalko – May be contacted through Defendant's counsel.
7. Sonja Regish – May be contacted through Defendant's counsel.
8. Yaser Hamdan – May be contacted through Defendant's counsel.
9. John Kinville – May be contacted through Defendant's counsel.
10. Jenn Bradley – May be contacted through Defendant's counsel.

11. Lexie Kozempa – May be contacted through Defendant's counsel.

12. Kelly Hickoff – May be contacted through Defendant's counsel.

13. Shelby Mazur – May be contacted through Defendant's counsel.

14. Cailey Stiteler – May be contacted through Defendant's counsel.

15. Jeremy Justice – May be contacted through Defendant's counsel.

16. James (Jimmy) Abdallah – Current contact information unknown.

17. Chase Ryan – Current contact information unknown.

18. Doc Bringard – Current contact information unknown.

19. Michael Hajduk – Current contact information unknown.

20. Steve Rhonehouse – Current contact information unknown.

21. Valerie (Val) Chambers – May be contacted through Defendant's counsel.

22. Deryk Bomar – Current contact information known by Plaintiff.

23. Cheri Mitchell – Current contact information unknown.

24. Dr. Don Smith – 23077 Greenfield Rd., Suite 260, Southfield, MI 48075. (248) 281-3862.

25. Guam Lee – 23077 Greenfield Rd., Suite 260, Southfield, MI 48075. (248) 281-3862.

26. Dr. Gerald Shiener, M.D. (Expert Psychiatrist) – 251 Merrill, Suire 230, Birmingham, MI 48009. (248) 645-5155.

27. Jeffrey T. Bagalis, CPA/ABV, CFF (Economic Damages Expert) - 280 N Old Woodward Ave, Suite 100 Birmingham, MI 48009. (248) 599-0351.

28. Agents and representatives of Athlete Foundry, Inc.

29. Agents and representatives of Lincoln Financial Group.

30. Agents and representatives of Hamilton Anderson Associates.

31. Agents and representatives of BasBlue.

32. Agents and representatives of the Detroit Phoenix Center.

33. Any and all witnesses listed by any other party in any discovery response or document produced by any other party.

34. Any and all witnesses listed by any other party on their Witness List, including amendments thereto.

35. Any and all individuals identified or otherwise stated on any document produced in this case, whether through subpoenas, document requests or otherwise.

36. Any and all individuals necessary to lay foundation or authenticate an exhibit at trial.

37. Any and all individuals identified or otherwise stated in response to interrogatories.

38. Any and all individuals deposed in this case.

39. Any and all individuals identified during depositions in this case.

40. Any and all individuals necessary for rebuttal or impeachment testimony.

41. Defendant reserves the right to amend and supplement this Witness List throughout the course of discovery.

        Respectfully submitted,

        /s/ Jeffrey M. Thomson
        MORGANROTH & MORGANROTH, PLLC
        JEFFREY M. THOMSON (P72202)
        Attorneys for Defendant
        jthomson@morganrothlaw.com

Dated:  June 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send electronic notification of such filing to all counsel of record.

                    MORGANROTH & MORGANROTH, PLLC

                    /s/ Jeffrey M. Thomson
                    JEFFREY M. THOMSON (P72202)
                    Attorneys for Defendant
                    344 N. Old Woodward Ave., Ste. 200
                    Birmingham, MI 48009
                    (248) 864-4000
                    jthomson@morganrothlaw.com