UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

| | |
|---|---|
| ZARA NORTHOVER, | Case No. 4:24-cv-11265 |
| | Hon. Shalina D. Kumar |
| Plaintiff, | Mag. Kimberly G. Altman |
| vs. | |
| ROCKET MORTGAGE, LLC, f/k/a QUICKEN LOANS, LLC, | |
| Defendant. | |

| | |
|---|---|
| Edmund S. Aronowitz (P81474) | Jeffrey B. Morganroth (P41670) |
| Attorney for Plaintiff | Jeffrey M. Thomson (P72202) |
| STERLING EMPLOYMENT LAW | Pamela K. Burneski (P82039) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | MORGANROTH & MORGANROTH, PLLC |
| (248) 644-1500 | 344 N. Old Woodward Ave., Ste. 200 |
| earonowitz@sterlingattorneys.com | Birmingham, MI 48009 |
| | (248) 864-4000 |
| | jmorganroth@morganrothlaw.com |
| | jthomson@morganrothlaw.com |
| | pburneski@morganrothlaw.com |

**PLAINTIFF'S IDENTIFICATION OF WITNESSES**

Plaintiff Zara Northover ("Plaintiff") by and through her undersigned attorneys, and pursuant to the Rule 16 Scheduling Order (ECF 30), identifies the following witnesses that Plaintiff may call at any trial of the above captioned matter:

1. Zara Northover
2. Jimmy Abdullah
3. Ashley Attaway
4. William Banfield
5. Jenn Bradley
6. Doc Bringard
7. Keeley Crimando
8. Paul Dingman
9. Nick Gallivan
10. Yaser Hamdan
11. Michael Hajduk
12. Kelly Hickoff
13. Jeremy Justice
14. John Kinville
15. Jeff Koon
16. Lexie Kozempa
17. Jenny Lam-Mihalko
18. Guam Lee
19. Austin Niemic
20. Sonja Regish
21. Michael Selah

22. Molly Semke

23. Shayla Stennis

24. Crystal Snyder

25. Linda Villarossa

26. Stacey Weeks

27. Steve Rhonehouse

28. Chase Ryan

29. Record custodians or other authentication witnesses to the extent necessary.

30. Impeachment or rebuttal witnesses.

31. Rebuttal expert witnesses should Defendant identify or produce reports from Defendant expert witnesses.

32. All witnesses listed on Defendant's witness list or supplemental witness lists.

33. All persons identified in discovery responses, depositions, documents produced during discovery, or documents filed with the Court in this action.

34. All witnesses who are unknown at the present time but who become known during the course of discovery prior to trial.

Plaintiff reserves the right to amend this Witness List to include additional witnesses learned through discovery and/or to delete or otherwise amend those witnesses identified herein.

        Respectfully submitted,

        STERLING ATTORNEYS AT LAW, P.C.

        By:   /s/Edmund S. Aronowitz
              Edmund S. Aronowitz (P81474)
              Attorneys for Plaintiff
              33 Bloomfield Hills Pkwy., Ste. 250
              Bloomfield Hills, MI 48304
              (248) 644-1500
              earonowitz@sterlingattorneys.com
              *Attorneys for Plaintiff*

Dated: June 12, 2025

## Certificate of Service

    I certify that on June 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send electronic notification of such filing to all counsel of record.

        /s/ Edmund S. Aronowitz