UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| ZARA NORTHOVER, | Case No. 4:24-cv-11265 |
| | Hon. Shalina D. Kumar |
| Plaintiff, | Mag. Kimberly G. Altman |
| vs. | |
| ROCKET MORTGAGE, LLC, | |
| f/k/a QUICKEN LOANS, LLC, | |
| Defendant. | |
| _____/ | |

**JOINT STATUS REPORT ON REMAINING DISPUTED ISSUES**

Plaintiff Zara Northover ("Northover") and Rocket Mortgage LLC f/k/a Quicken Loans, LLC ("Rocket Mortgage"), through their respective counsel submit this Joint Status Report on Remaining Disputed Issues as required by the scheduling order entered by this Court on September 23, 2025 (R. No. 42).

Plaintiff is a former team member of Rocket Mortgage and has asserted claims for racial discrimination and retaliation in violation of Title VII of the Civil rights Act of Rights Act of 1964, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1981 and for interference with and retaliation for asserting her rights under the Family Medical Leave Act (FMLA), 29 U.S.C. § 2615(a).

Discovery is complete, except as otherwise provided by the scheduling order entered by this Court on November 12, 2025 (R. No. 48), which provides for the following limited discovery after the December 8, 2025 discovery deadline:

1. Disclosure of Dr. Shiener's report (Rocket Mortgage's Expert Psychiatrist) on or before December 14, 2025;

2. Plaintiff's disclosure of any rebuttal report in response to Dr. Shiener's report on or before December 31, 2025; and

3. Depositions of Dr. Shiener and Plaintiff's rebuttal expert (if any) at mutually convenient dates to be determined.

Motions for summary judgment are due January 8, 2026. R. No. 38. Rocket Mortgage will file a timely motion for summary judgment.

The remaining disputed issues are as follows:

1. Whether there is an issue of fact for trial as to any of Plaintiff's discrimination, retaliation, or FMLA claims;

2. Whether Plaintiff's claims are barred, in whole or in part, by the one-year limitations period in a June 14, 2016 employment agreement between Plaintiff and Quicken Loans, Inc. and/or by the applicable statute of limitations;

3. Whether any portions of Plaintiff's claims are barred, in whole or in part, by the doctrines of collateral estoppel and res judicata by final judgments entered in state court;

4. The merits of Plaintiff's discrimination, retaliation, or FMLA claims;

5. Whether Plaintiff has made reasonable efforts to mitigate her alleged damages; and

6. The nature and amount of Plaintiff's alleged damages.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Edmund S. Aronowitz | /s/ Jeffrey M. Thomson |
| Edmund S. Aronowitz (P81474)<br>Attorney for Plaintiff<br>STERLING EMPLOYMENT LAW<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, MI 48304<br>(248) 644-1500<br>earonowitz@sterlingattorneys.com<br>*Attorneys for Plaintiff* | Jeffrey B. Morganroth (P41670)<br>Jeffrey M. Thomson (P72202)<br>Pamela K. Burneski (P82039)<br>Attorneys for Defendant<br>MORGANROTH & MORGANROTH, PLLC<br>344 N. Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>jmorganroth@morganrothlaw.com<br>jthomson@morganrothlaw.com<br>pburneski@morganrothlaw.com<br><br>*Attorneys for Defendant* |