## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ZARA NORTHOVER, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET MORTGAGE, LLC <br><br> Defendant. | Case No. 24-cv-11265 <br><br> Hon. Shalina D. Kumar <br><br> Mag. Kimberly G. Altman |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MEDIA FILES AS EXHIBITS [ECF 52]

This matter having come before the Court on Defendant Rocket Mortgage, LLC's ("Rocket Mortgage") unopposed Motion for Leave to File Media Files as Exhibits [ECF 52] (the "Motion"), and the Court otherwise being fully advised:

It is ordered that:

1. The Motion is granted for the reasons stated in the Motion and Brief in Support thereof; and

2. Rocket Mortgage shall file the media file exhibits identified in the Motion in accordance with Electronic Filing Policies and Procedures, R19(c) within 7 days of entry of this Order.


Dated: April 27, 2026

s/Shalina D. Kumar
Honorable Shalina D. Kumar
United States District Judge